1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11

| | |
|---|---|
| **DAVID THORNE,** | 2:06-cv-0763 DFL PAN P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| **v.** | |
| **JEANNE WOODFORD, ET AL,** | |
| Defendants. | |

18        Defendants' request for an extension of time to file and serve a response to Plaintiff's

19   complaint filed on April 10, 2006, was considered by this Court and, good cause appearing,

20        **IT IS HEREBY ORDERED** that Defendants Tilton and Carey shall have 45 days to

21   and including November 2, 2006, in which to file a response to Plaintiff's Complaint.

22   DATED:  September 21, 2006.

23

24                                        _____
                                         UNITED STATES MAGISTRATE JUDGE
25

26   14
    thor0763.eot
27

28

                                         1